# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| GARY L. STIBB,<br>        Petitioner, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 04-C-84 |
| MATTHEW J. FRANK,<br>        Defendant. | |

[X]  Decision by Court. This action came for consideration before the Court.

IT IS ORDERED AND ADJUDGED
that the petition for a writ of habeas corpus is denied and this case is dismissed.

SOFRON B. NEDILSKY
Clerk of Court

March 13, 2006　　　　　　　　s/ V. Kelly Barton Terry
Date　　　　　　　　　　　　　(By) Deputy Clerk

Approved this 13th day of March, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge